**KIRK-HUGHES & ASSOCIATES**
GERALDINE KIRK-HUGHES, ESQ.
Nevada Bar No. 003444
2551 S. Fort Apache Road, #103
Las Vegas, Nevada 89117
(702) 233-8683; FAX: 233-8661
Attorney for Plaintiff
gkhughes@kirkhugheslaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANITA R. GOLDEN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TEG STAFFING, INC., dba EASTRIDGE ) <br> WORKFORCE SOLUTIONS, ) <br> ) <br> Defendants. ) | Case No.: 2:16-cv-01590-JAD-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME IN WHICH PLAINTIFF HAS TO FILE HER RESPONSE TO DEFENDANT'S MOTION TO DISMISS** <br> **[FIRST REQUEST]** |

Plaintiff ANITA R. GOLDEN (ANITA) and Defendant TEG STAFFING, INC., dba EASTRIDGE WORKFORCE SOLUTIONS (EWS), by and through their respective Counsel, Geraldine Kirk-Hughes, Esq., of the Law Offices of Kirk-Hughes & Associates for Plaintiff and Ethan D. Thomas, Esq., of the Law Firm of Littler Mendelson, P.C., for Defendant, hereby stipulate and agree to allow ANITA to file her response to EWS' *Motion to Dismiss Amended Complaint* which was currently due January 10, 2017, on or before January 17, 2017.

This extension is sought in good faith and not for the purpose of undue delay as Attorney Geraldine Kirk-Hughes was out of the Jurisdiction for the Holidays from December 21, 2016, to December 29, 2016. The *Motion to Dismiss* was received electronically on or about December 27, 2016, while Ms. Kirk-Hughes was out of the office. Also, upon Ms. Kirk-

///
///
///
///

1

Hughes return, she had a scheduled custody trial in Family Court, Hoodye v. Russell, D-309676-C.

DATED this 11th day of January, 2017.

**KIRK-HUGHES & ASSOCIATES**

/s/ Geraldine Kirk-Hughes
_____
GERALDINE KIRK-HUGHES, ESQ.
Nevada Bar #3444
2551 S. Ft. Apache Road, #103
Las Vegas, Nevada 89117
gkhughes@kirkhugheslaw.com
702-233-8683
FAX: 702-233-8661
Attorneys for Plaintiff

DATED this 11th day of January, 2017.

**LITTLER MENDELSON, P.C.**

/s/ Ethan D. Thomas
_____
ETHAN D. THOMAS, ESQ.
Nevada Bar #12874
3960 Howard Hughes Parkway, #300
Las Vegas, Nevada 89169
edthomas@littler.com
702-862-8800
FAX: 702-862-8811
Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

DATED this 11th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE