# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

ANITA R. GOLDEN,

           Plaintiff,

vs.

TEG STAFF, INC. , dba EASTRIDGE
WORKFORCE SOLUTIONS,

           Defendant.

2:16-cv-01590-JAD-CWH

**ORDER**

Before the Court is Defendant TEG Staffing, Inc.'s Motion for an Exemption from the ENE Attendance Requirements (ECF No. 69).

IT IS HEREBY ORDERED that any opposition to the Motion for an Exemption from the ENE Attendance Requirements (ECF No. 69) must be filed on or before February 21, 2017. No reply necessary.

DATED this 13th day of February, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE