**KIRK-HUGHES & ASSOCIATES**
GERALDINE KIRK-HUGHES, ESQ.
Nevada Bar No. 003444
2551 S. Fort Apache Road, #103
Las Vegas, Nevada  89117
(702) 233-8683; FAX: 233-8661
Attorney for Plaintiff
gkhughes@kirkhugheslaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANITA R. GOLDEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>TEG STAFFING, INC., dba EASTRIDGE WORKFORCE SOLUTIONS,<br><br>                    Defendant. | Case No. 2:16-cv-01590-JAD-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING SET FOR MARCH 27, 2017**<br>**(First Request)** |

Plaintiff ANITA R. GOLDEN ("Plaintiff") and Defendant TEG STAFFING, INC., dba EASTRIDGE WORKFORCE SOLUTIONS ("Defendant"), by and through their respective Counsel-of-Record, hereby stipulate and agree to vacate the date for the Hearing on Defendant's Motion to Dismiss Plaintiff's Amended Complaint presently scheduled for March 27, 2017, at 1:30 p.m., before U.S. District Judge Jennifer A. Dorsey **[ECF No. 56]**.  Because of scheduling conflicts on the part of both Counsel, the Parties would like to reschedule the Hearing to a date convenient for the Court and mutually agreeable between the Parties.

Attorney Geraldine Kirk-Hughes will be out of the Jurisdiction from March 20 through March 27, 2017, and Attorney Ethan Thomas will be out of the Jurisdiction the week of April 10, 2017.  Thus, if it meets the Court's schedule, the Parties would like to set the Hearing for the week of April 3, 2017.

///

///

1    This extension is sought in good faith, and not for the purpose of undue delay.

2    Dated:  March 10ᵗʰ, 2017                        Dated:  March 10ᵗʰ, 2017

3    Respectfully submitted,                          Respectfully submitted,

4
                                                      /s/ Ethan D. Thomas
5    _____        _____
     GERALDINE KIRK-HUGHES, ESQ.           ETHAN D. THOMAS, ESQ.
6    **KIRK-HUGHES & ASSOCIATES**          **LITTLER MENDELSON, P.C.**

7                                                     Attorneys for Defendant
     Attorney for Plaintiff                           TEG STAFFING, INC., dba EASTRIDGE
8    ANITA R. GOLDEN                                  WORKFORCE SOLUTIONS

9

10

11                                    **<u>ORDER</u>**

12       IT IS SO ORDERED that the Hearing presently scheduled for March 27, 2017, at 1:30 p.m.,

13   shall be continued to April 3, 2017, at the hour of 2:30 p.m.

14
                                      DATED this 13th day of March, 2017.
15

16

17   _____
                          UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                           2.