# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANITA R. GOLDEN, | Case No. 2:16-cv-01590-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| TEG STAFFING, INC., | |
| Defendant. | |

Presently before the court is plaintiff's attorney's motion to withdraw (ECF No. 86), filed on October 19, 2017. Defendant did not file a response.

Plaintiff's attorney, Geraldine Kirk-Hughes, requests to withdraw from this case and for Guinness Ohazuruike to be substituted as plaintiff's attorney. Plaintiff consents to the substitution. Plaintiff also requests an extension of time to oppose defendant's pending motion for summary judgment (ECF No. 82). The court will grant the motion as unopposed. *See* LR 7-2(d) (stating that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.").

IT IS THEREFORE ORDERED that attorney Geraldine Kirk Hughes' motion to withdraw (ECF No. 86) is GRANTED and that Guinness Ohazuruike is substituted as plaintiff's attorney.

IT IS FURTHER ORDERED that plaintiff must respond to defendant's motion for summary judgment (ECF No. 82) by November 29, 2017.

DATED: November 8, 2017

_____

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**